THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE C. SMITH, Appellant, *v.* EUGENE M. TRAVIS, as Comptroller of the State of New York, Respondent.

*People ex rel. Smith* v. *Sohmer*, 163 App. Div. 830, affirmed. (Argued May 31, 1915; decided June 15, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 7, 1915, which reversed an order of Special Term denying a motion for a peremptory writ of ·mandamus to compel defendant to pay an award of the Court of Claims in favor of relator for lands appropriated. The defendant refused to pay the claim for the reason that the attorney-general disapproved the title. The Appellate Division directed that the amount of the award be deposited in a bank and paid and distributed to the persons entitled thereto as ordered by the Supreme Court on proper application, interest accruing in the meantime to be paid to the relator.

*William F. Lynn* for appellant.

*Egburt E. Woodbury, Attorney-General* (*Wilber W. Chambers* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.